**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DENNIS COX,**

    **Plaintiff,**

vs.                                    Case No. 4:13cv399-RH/CAS

**E. A. BARFIELD, and
PRIDE ENTERPRISE CORPORATION,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

After Plaintiff paid the assessed initial partial filing fee, doc. 9, an Order entered on October 8, 2013, doc. 12, provided Plaintiff with guidance on the deficiencies in the complaint, doc. 1. Plaintiff was advised that his initial complaint provided conclusory allegations but did not allege specific facts to support his conclusions, that he must set forth his allegations in separately numbered paragraphs as required by FED. R. CIV. P. 10(b), and set forth facts against all named Defendants. Doc. 12. Plaintiff then submitted an amended complaint, doc. 14, which was not on court forms as required by N.D. Fla. Loc. R. 5.1(J)(2), improperly contained four pages of legal argument, sought to hold several Defendants liable on a theory of *respondeat superior*, and again presented only conclusory allegations of racism and discrimination. The amended complaint also was not properly sworn under penalty of perjury that the facts presented were true and correct; rather, Plaintiff declared only that the complaint was delivered to prison officials

for mailing on October 23, 2013. Doc. 14 at 15. Plaintiff was directed to submit a second amended complaint, the various deficiencies were explained to Plaintiff, and he was advised that he must list all prior cases which he filed as required by the complaint form. Doc. 16.

Plaintiff has now filed a document entitled, "Motion on Right to Revolution." Doc. 17. The motion is disrespectful, argumentative, filled with profanities, and sufficiently demonstrates Plaintiff's refusal to submit a proper complaint as directed. As Plaintiff is unwilling to comply with court orders, and his prior complaint and amended complaint are deficient, this case should now be dismissed as malicious.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** as malicious for Plaintiff's profane refusal to comply with court orders, and that the order adopting this report and recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**IN CHAMBERS** at Tallahassee, Florida, on November 14, 2013.


S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**